# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LAMAR A. PEARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil No. 4:12-cv-00384-CEJ |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS

COMES NOW Defendant, Commissioner of the Social Security Administration ("agency"), and hereby respectfully moves this Honorable Court to dismiss plaintiff's complaint for lack of subject matter jurisdiction and failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12 (b)(6).  The Court should dismiss the complaint because it is premature and because plaintiff has named an improper defendant.  A supporting memorandum of law accompanies this motion.

              Respectfully submitted,

              RICHARD G. CALLAHAN
              United States Attorney
               */s/ Jane Rund*
             By_____
              JANE RUND, BAR #47298 MO
              Assistant United States Attorney
              111 S. 10th Street, Suite 20.333
              St. Louis, Missouri 63102
              (314) 539-7636
              (314) 539-2777 FAX
              Email: Jane.Rund@usdoj.gov

OF COUNSEL
Kristi A. Schmidt
Chief Counsel, Region VII
Social Security Administration

By
  Martha Bohn Budetti #43929
  Assistant Regional Counsel


**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to:

  David D. Camp
  230 S. Bemiston Avenue, Suite 810
  St. Louis, Missouri 63105
  Attorney for Plaintiff


        */s/ Jane Rund*
        _____
        JANE RUND #47298 MO
        Assistant United States Attorney